

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PANAMERICAN OPERATING, INC., | § | |
| | | No. 08-12-00036-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 97th Judicial District Court |
| MAUD SMITH ESTATE, A TEXAS GENERAL PARTNERSHIP, | § | |
| | § | of Archer County, Texas |
| Appellee. | | (TC#2009-0000028A-CV) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, *see* TEX.R.APP.P. 43.5, on the judgment and all costs both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before Rivera, J., Rodriguez, J., and Larsen, J.(Senior Judge)
Larsen, J. (Senior Judge)(Sitting by Assignment)